AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
2015 JUN 11 AM 9: 43
MIDDLE FLORIDA
ORLANDO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:15-cr-26-OC-10PRL |
| TAMMY ANN SCHWIND | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),* TAMMY ANN SCHWIND

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Theft of government funds, in violation of Title 18, Unites States Code, Section 641.

Date: 6/11/15

*Issuing officer's signature*

City and state: Orlando, FL

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/15, and the person was arrested on *(date)* 6/18/15
at *(city and state)* Ocala, Fl

Date: 6/18/15

*Arresting officer's signature*

Douglas C. Williams
*Printed name and title*